﻿Citation Nr: AXXXXXXXX
Decision Date: 01/31/20 Archive Date: 01/30/20

DOCKET NO. 190827-27850
DATE: January 31, 2020

ORDER

1. Entitlement to an effective date earlier than December 22, 2011, for the award of service connection for status post total right knee replacement has been withdrawn, and is dismissed.

2. Entitlement to an effective date earlier than December 22, 2011, for the award of service connection for residual scars, right total knee replacement has been withdrawn, and is dismissed.

FINDING OF FACT

On September 19. 2019, prior to the promulgation of a decision in the appeal, the Board received notification from the appellant, through his authorized representative, that a withdrawal of this appeal is requested.

CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the appellant (or his or her authorized representative) have been met. 38 U.S.C. § 7105; 38 C.F.R. § 20.205.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from March 1958 to February 1960.

The Board notes that the rating decision on appeal was issued in July 2019. 

The Veteran selected the Hearing lane when he opted into the Appeals Modernization Act (AMA) review system by submitting a Rapid Appeals Modernization Program (RAMP) election form in August 2019.

After being notified of a scheduled hearing, the Veteran, through his representative, wrote to explain that the Notice of Disagreement (NOD) filed in connection with this appeal was a mistake and to cancel the hearing. He specifically wrote, “This was a mistake[,] and I ask that this filing be withdrawn.” The Board construes this is as a withdrawal of the appeal.

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.205. Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.205. In the present case, the appellant, through his/her authorized representative, has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal, and it is dismissed.

 

 

A. P. SIMPSON

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board P. McDaniels, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.